No. 79–1680. GARDNER BENDER, INC. *v.* IDEAL INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 79–1681. KAPLAN, TRUSTEE IN BANKRUPTCY *v.* BURROUGHS CORP. C. A. 9th Cir. Certiorari denied.

No. 79–1682. ZECCOLA *v.* EZZO ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 79–1683. FIRST BEVERAGES, INC. OF LAS VEGAS, ET AL. *v.* ROYAL CROWN COLA CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1695. ELECTRI-FLEX CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 79–1698. MATSIS *v.* MATSIS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 79–1701. HAMILTON *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 79–1702. CARTER *v.* CROWN HOSIERY MILLS, INC. C. A. 4th Cir. Certiorari denied.

No. 79–1714. ALEXANDER *v.* LOS ANGELES COUNTY CIVIL SERVICE COMMISSION ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–1749. UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL No. 68 *v.* BEXAR PLUMBING CO., INC. C. A. 5th Cir. Certiorari denied.